UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

MILFORD BENJAMIN MAXWELL,          :
                                   :
                Plaintiff,         :
                                   :
        -against-                  :
                                   :
NEW YORK UNIVERSITY and            :
CHRIS CONNELLY,                    :
                                   :
                Defendants.        :
--------------------------------------------------------x

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/08

08 Civ. 3583(HB)

**ORDER**

**Hon. Harold Baer, Jr., District Judge:**

WHEREAS this Court held a Pre-Trial Conference with the parties on July 10, 2008, at which the parties discussed a scheduling order; it is hereby

ORDERED that any motion to dismiss shall be fully briefed and filed, and courtesy copies submitted to my Chambers, by September 30, 2008; and it is further

ORDERED that all discovery shall be completed by November 10, 2008; and it is further

ORDERED that any dispositive motion shall be fully briefed and filed, and courtesy copies submitted to my Chambers, by January 25, 2009; and it is further

ORDERED that the jury trial of this matter shall be scheduled in April 2009 for a duration of no more than one day.

**SO ORDERED.**

**July 11, 2008**
**New York, New York**

_____
**U.S.D.J.**