UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILFORD MAXWELL JR,

                Plaintiff,                Case No. 08 CV 3583 (HB)

v.

NEW YORK UNIVERSITY                       <u>Rule 7.1 Statement</u>
and CHRISTOPHER CONNELLY,

                Defendants.

NEW YORK UNIVERSITY,

                Counterclaim Plaintiff,

v.

MILFORD MAXWELL, JR.,

                Counterclaim Defendant.

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for New York University certifies that it has no corporate parents, affiliates, and/or subsidiaries which are publicly held.

Dated:   New York, New York
         July 28, 2008

                                            Nancy Kilson (NK 4557)

                                            s/_____
                                            Attorney for Defendants
                                            New York University
                                            70 Washington Square South
                                            New York, New York 10012
                                            (212) 998-2258
                                            nancy.kilson@nyu.edu