UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILFORD MAXWELL JR,

                Plaintiff,

v.

NEW YORK UNIVERSITY
and CHRISTOPHER CONNELLY,

                Defendants.

---

NEW YORK UNIVERSITY,

                Counterclaim Plaintiff,

v.

MILFORD MAXWELL, JR.,

                Counterclaim Defendant.

---

Case No. 08 CV 3583 (HB)

Stipulation and Order
Extending Answering Time

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08
```

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time of Milford Maxwell to reply or otherwise respond to the counterclaim of New York University is extended from August 20, 2008 through and including September 19, 2008.

Dated: New York, New York
         August 12, 2008

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.
Date: 8/14/08

By: _____
Milford Maxwell
Plaintiff and Defendant *Pro Se*
51 MacDougal Street, No. 207
New York, New York 10012

{00008025;1}

NEW YORK UNIVERSITY OFFICE
OF LEGAL COUNSEL

By: *[signature]*
Nancy Kilson (NK 4557)
70 Washington Square South, Rm. 1158
New York, New York 10012
(212) 998 2258
Attorneys for Defendant and Counterclaim Plaintiff

SO ORDERED:

_____
Hon. Harold Baer
United States District Judge

2