UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILFORD MAXWELL JR,

         Plaintiff,    Case No. 08 CV 3583 (HB)

NEW YORK UNIVERSITY        **NOTICE OF**
and CHRISTOPHER CONNELLY,     **DEPOSITION**

         Defendants.

---

    **PLEASE TAKE NOTICE THAT** pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure the undersigned will take the deposition upon oral examination of Plaintiff *Pro Se* Milford Maxwell Jr. before a notary public or other person authorized to administer oaths at 70 Washington Square South, 11th Floor, New York, New York 10012 on October 28, 2008 at 10:00 a.m.

Dated: New York, New York
     September 4, 2008

                New York University
                Office of Legal Counsel

           By: s/_____
              Nancy Kilson (NK-4557)
              Associate General Counsel
              70 Washington Square South
              New York, New York  10012
              (212) 998-2258
              nancy.kilson@nyu.edu

              Attorney for Defendant,
              New York University

<u>Certificate of Service</u>

I hereby certify that I caused a true copy of the annexed Notice of Deposition to be served on the party listed below by UPS for overnight delivery this 4th day of September, 2008:

Mr. Milford Benjamin Maxwell
51 McDougal Street, # 207
New York, New York  10012

    Plaintiff *Pro Se*

s/_____
    Nancy Kilson